Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Danielle L Downs
Debtor

Case No.: 23−16158−SLM
Chapter 13

Danielle L Downs
Plaintiff

v.

Aidvantage as agent for Mohela
Defendant

Adv. Proc. No. 23−01312−SLM                    Judge: Stacey L. Meisel

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☐    A Motion to Dismiss has been filed by .

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☒    Other: Order to Show Cause for Failure to Prosecute the Adversary Proceeding.

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 2/20/24
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: January 26, 2024
JAN: ntp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

Downs,
    Plaintiff

Aidvantage as agent for Mohela,
    Defendant

Adv. Proc. No. 23-01312-SLM

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2024 | Form ID: 170 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Aidvantage as agent for Mohela, PO Box 300001, Greenville,, TX 75403-3001 |
| pla | + | Danielle L Downs, 213B Halladay Street, Jersey City, NJ 07304-3327 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jenee K. Ciccarelli | on behalf of Plaintiff Danielle L Downs info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Jan 26, 2024      Form ID: 170      Total Noticed: 4
TOTAL: 1